UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

*In re* JOSEPH M. FUSCO III,

*Petitioner.*

PETITION FOR WRIT OF MANDAMUS

RECEIVED
2026 JAN 29 PM 2:39
U.S. COURT OF APPEALS
SECOND CIRCUIT

Petitioner respectfully seeks a writ of mandamus pursuant to 28 U.S.C. § 1651.

## THE ISSUE

The district court dismissed this action on December 18, 2025 — sixteen days before Petitioner's reply deadline of January 3, 2026. Petitioner never had the opportunity to respond.

On December 22, 2025, Petitioner filed a Motion for Reconsideration (ECF No. 21) attaching the reply brief the court never saw. That motion remains pending.

## THE STANDARD

Mandamus requires: (1) no adequate alternative remedy; (2) clear and indisputable right; (3) appropriate circumstances. *Cheney v. U.S. District Court*, 542 U.S. 367, 380-81 (2004) ("The party seeking issuance of the writ must have no other adequate means to attain the relief he desires."); *In re Steinhardt Partners*, L.P., 9 F.3d 230, 233 (2d Cir. 1993) ("Mandamus is appropriate where the district court's order constitutes a clear abuse of discretion.").

The right to be heard before judgment is fundamental. *Armstrong v. Manzo*, 380 U.S. 545, 552 (1965) ("A fundamental requirement of due process is the opportunity to be heard at a meaningful time and in a meaningful manner.").

## THE RELIEF

Petitioner asks this Court to direct the district court to rule on the pending Motion for Reconsideration (ECF No. 21) before the appeal proceeds.

In the alternative, Petitioner requests this Court direct the district court to rule within fourteen (14) days.

This requires no merits determination. The motion is filed. The reply is attached. The district court need only consider what it should have considered before dismissing.

Respectfully submitted,

Dated: January 9, 2026

Rochester, New York

Joseph M. Fusco III
1 South Clinton Ave, Apt 1713
Rochester, New York, 14604
Telephone: (585) 317-1707
Email: hello@josephfus.co

# EXHIBIT 1

| | |
|---|---|
| Related to: | In re Joseph M. Fusco III, Petition for Writ of Mandamus |
| Document: | Text Scheduling Order |
| ECF Number: | 16 |
| Case: | 6:25-cv-06505-MAV, Western District of New York |
| Date Entered: | November 21, 2025 |

Transcription:

TEXT SCHEDULING ORDER. Plaintiff shall filed a response to Defendant's motion to dismiss 15 by December 22, 2025. Defendant may file a reply, if preserved, by January 5, 2026. Defendant shall file a response to Plaintiff's motion for preliminary injunction 14 by December 17, 2025. Plaintiff may file a reply, if preserved, by January 3, 2026. SO ORDERED. Signed by Hon. Meredith A. Vacca on 11/21/25. (NWA) This was mailed to: Plaintiff. (Entered: 11/21/2025)

Key Date:

Petitioner's reply deadline was January 3, 2026.

Certification:

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that this transcription is true and correct. Retrieved from CM/ECF on January 9, 2026.

Joseph M. Fusco III

**EXHIBIT 2**

| | |
|---|---|
| Related to: | In re Joseph M. Fusco III, Petition for Writ of Mandamus |
| Document: | Text Order Dismissing Action |
| ECF Number: | 19 |
| Case: | 6:25-cv-06505-MAV, Western District of New York |
| Date Entered: | December 19, 2025 |

Transcription:

TEXT ORDER DISMISSING ACTION. On October 30, 2025, the Court issued a Decision and Order granting Defendants' motion to dismiss for lack of subject matter jurisdiction and denying Plaintiff's requests for injunctive relief as moot. ECF No. 12. Although the Court found it "unlikely that Plaintiff [could] allege additional facts to state a valid claim, in light of his pro se status, the Court grant[ed] Plaintiff 30 days' leave to amend his complaint," but "only as directed." Id. at 11, 15. Plaintiff filed an amended complaint on November 12, and the remaining Defendant, Monroe County, filed a motion to dismiss on November 20. ECF Nos. 13, 15. Plaintiff filed a response on November 26. ECF No. 17. Plaintiff also filed a request for a preliminary injunction, ECF No. 14, to which Defendant objected, ECF No. 18. Defendant's motion to dismiss Plaintiff's amended complaint, ECF No. 15, is GRANTED. Setting aside that Plaintiff did not comply with the Court's October 30 Decision and Order in submitting his amended complaint, Plaintiff has raised no additional facts showing that this Court has subject matter jurisdiction over this action. For the reasons stated in the Court's October 30 Decision and Order, ECF No. 12, Plaintiff's case is plainly barred by the Rooker-Feldman doctrine and Younger abstention. Plaintiff's further attempts to reframe his requests for relief are unpersuasive and only highlight the principles supporting abstention in such matters. See, e.g., ECF No. 13 at 4143, ECF No. 14 at 3032 (requesting, inter alia, that this Court order Monroe County to "[a]udit orders issued in the last 24 months...to identify instances were orders were accepted without corresponding verified motions," give notice to the affected parties stating that the order likely violates the U.S. Constitution and "may be voidable," adopt and publish a written

policy requiring verification that motions exist before orders are "accepted" and docketed, implement a tracking system for the same, implement mandatory training "for accepting court orders," and to order Monroe County to file written reports with this Court demonstrating compliance with the above). Dismissal is warranted under Fed. R. Civ. P. 12(b)(1) due to a lack of subject matter jurisdiction. Accordingly, Plaintiff's motion for a preliminary injunction, ECF No. 14, is DENIED AS MOOT. The Clerk of Court is directed to close this case. SO ORDERED. Signed by Hon. Meredith A. Vacca on 12/18/25. (NWA) This was mailed to: Plaintiff. Clerk to Follow up (Entered: 12/19/2025)

Key Dates:

Petitioner's reply deadline was January 3, 2026. The court dismissed this action on December 18, 2025. The dismissal was sixteen days before the deadline.

Certification:

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that this transcription is true and correct. Retrieved from CM/ECF on January 9, 2026.

Joseph M. Fusco III

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

*In re* JOSEPH M. FUSCO III,

*Petitioner.*

**CERTIFICATE OF SERVICE**

RECEIVED
U.S. COURT OF APPEALS
SECOND CIRCUIT
2026 JAN 29 PM 2:40

I hereby certify that on January 9, 2026, I served a copy of the Petition for Writ of Mandamus, Motion for Leave to Proceed *In Forma Pauperis*, and Exhibits 1–2 by U.S. Mail, postage prepaid, on counsel for Monroe County:

Adam M. Clark, Esq.
Monroe County Department of Law
39 West Main Street
Rochester, NY 14614

I further certify that on January 9, 2026, I served a copy on the trial court judge by U.S. Mail, postage prepaid, as required by FRAP 21(a)(1):

Hon. Meredith A. Vacca
United States District Court Western District of New York
100 State Street
Rochester, NY 14614

**Accessibility Statement**

All documents in this filing are formatted as searchable text compatible with screen readers. No images are present without text alternatives. Prepared consistent with Section 508 (29 U.S.C. § 794d) and WCAG 2.1 Level AA.

Respectfully submitted,

Dated: January 9, 2026
Rochester, New York

Joseph M. Fusco III
1 South Clinton Ave, Apt 1713
Rochester, New York, 14604
Telephone: (585) 317-1707
Email: hello@josephfus.co

Joseph M. Fusco III
1 South Clinton Ave, Apt 1713
Rochester, NY 14604

9589 0710 5270 3807 6992 21

Retail

10007

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
ROCHESTER, NY 14
JAN 26, 2026

$8.02

S2322P501714-37

Scotch®

PHOTO/DOCUMENT MAILER

Self Sealing

U.S. Court of Appeals, Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007