APPEAL,MEDIATION,ProSe

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Rochester)
## CIVIL DOCKET FOR CASE #: 6:25−cv−06505−MAV

Fusco, III v. Monroe County, New York et al  
Assigned to: Hon. Meredith A. Vacca  
Demand: $83,000  
Cause: 42:1983 Civil Rights Act  

Date Filed: 09/23/2025  
Date Terminated: 12/22/2025  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Joseph M. Fusco, III**　　represented by　**Joseph M. Fusco, III**  
1 South Clinton Avenue, Apt. 1713  
Rochester, NY 14604  
585−317−1707  
PRO SE  

V.

**Defendant**

**Monroe County, New York**　　represented by　**Adam M. Clark**  
Monroe County Department of Law  
39 West Main Street  
Rochester, NY 14614  
585−753−1374  
Email: adamclark@monroecounty.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Zachary Tyler Nelson**  
Monroe County Department of Law  
39 West Main Street  
Room 307  
Rochester, NY 14614  
585−753−1413  
Email: zacharynelson@monroecounty.gov  
*TERMINATED: 01/22/2026*  

**Defendant**

**Monroe County Clerk**　　represented by　**Zachary Tyler Nelson**  
*TERMINATED: 11/12/2025*　　(See above for address)  
*TERMINATED: 01/22/2026*  

**Defendant**

**Monroe County Sheriff**　　represented by　**Zachary Tyler Nelson**  
*TERMINATED: 11/12/2025*　　(See above for address)  
*TERMINATED: 01/22/2026*  

| Date Filed | # | Docket Text |
|---|---|---|
| 09/23/2025 | 1 | COMPLAINT against Monroe County Clerk, Monroe County Sheriff, Monroe County, New York, filed by Joseph M. Fusco, III. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet) (JHF) (Main Document 1 replaced on 9/29/2025) (JHF). (Attachment 2 replaced on 9/29/2025) (JHF). (Attachment 2 replaced on 10/10/2025) (JHF). (Main Document 1 replaced on 10/10/2025) (JHF). (Attachment 1 replaced on 10/10/2025) (JHF). (Entered: 09/23/2025) |
| 09/23/2025 | 2 | NOTICE of Related Cases and Request for Reassignment by Joseph M. Fusco, III. (JHF) (Entered: 09/23/2025) |

| | | |
|---|---|---|
| 09/23/2025 | 3 | MOTION for Temporary Restraining Order by Joseph M. Fusco, III. (JHF) (Entered: 09/23/2025) |
| 09/23/2025 | | Notice of Availability of Magistrate Judge: A United States Magistrate of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO–85) is available for download at http://www.uscourts.gov/services–forms/forms. (JHF) (Entered: 09/23/2025) |
| 09/23/2025 | | AUTOMATIC REFERRAL TO MEDIATION: Pursuant to Section 2.1(A) of the Plan for Alternative Dispute Resolution in the United States District Court for the Western District of New York (the ADR Plan), this case is automatically referred to ADR. To access the ADR Plan and for inquiries regarding the Court's ADR Program please review the Court's ADR webpage and/or contact the Court's ADR Administrator at adrprogram@nywd.uscourts.gov.<br><br>Prior to the Local Rule 16 scheduling conference, counsel and unrepresented parties shall review the ADR Plan and confer with each other regarding ADR for this case. Unless the parties agree to a different intervention, it is presumed they will participate in mediation. The parties shall be prepared to report on the outcome of their ADR discussion at the scheduling conference, as the initial Scheduling Order for this case will establish ADR deadlines in accordance with the ADR Plan. (JHF) (Entered: 09/23/2025) |
| 09/23/2025 | | Pro Se Packet consisting of Privacy Notice, Consent to Proceed Before a Magistrate Judge, Pro Se Assistance Program, Civil Case Timeline and ADR Notification given to plaintiff. (JHF) (Entered: 09/23/2025) |
| 09/24/2025 | | Filing fee received: $405.00, receipt number 600001493. (JHF) (Entered: 09/24/2025) |
| 09/24/2025 | | E–Filing Notification: Clerk restricted access due to privacy concerns to 1 COMPLAINT to court users and case participants per Judge Vacca's chambers. (JHF) (Entered: 09/24/2025) |
| 10/01/2025 | | Summons Issued as to Monroe County Clerk, Monroe County Sheriff, Monroe County, New York. Given to plaintiff at Clerk's Office counter. (JHF) (Entered: 10/01/2025) |
| 10/09/2025 | 4 | NOTICE of Appearance of Government Attorney: Zachary Tyler Nelson, appearing on behalf of All Defendants.<br><br>CLERK TO FOLLOW UP. (Nelson, Zachary) (Entered: 10/09/2025) |
| 10/10/2025 | 5 | SUMMONS Returned Executed by Joseph M. Fusco, III. Monroe County Clerk served on 10/7/2025, answer due 10/28/2025; Monroe County Sheriff served on 10/7/2025, answer due 10/28/2025; Monroe County, New York served on 10/7/2025, answer due 10/28/2025. (JHF) (Entered: 10/10/2025) |
| 10/17/2025 | 6 | First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , First MOTION to Dismiss *for failure to join a party under Rule 19*, First MOTION to Dismiss for Lack of Jurisdiction , *AND RESPONSE TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER, ECF NO. 3,* by Monroe County Clerk, Monroe County Sheriff, Monroe County, New York. (Attachments: # 1 Affidavit Affirmation in Opposition to Plaintiff's Motion for a Temporary Restraining Order and in Support of Defendants' Pre–Answer Motion to Dismiss under Rules 12(b)(1), (6), and (7), with Exhibit, # 2 Memorandum in Support Memorandum of Law in Opposition to Plaintiff's Motion for a Temporary Restraining Order and in Support of Defendants' Pre–Answer Motion to Dismiss under Rules 12(b)(1), (6), and (7), # 3 Certificate of Service)(Nelson, Zachary) (Entered: 10/17/2025) |
| 10/20/2025 | 7 | MOTION for Preliminary Injunction by Joseph M. Fusco, III. (JHF) (Entered: 10/20/2025) |
| 10/20/2025 | 8 | MEMORANDUM IN OPPOSITION re 6 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, First MOTION to Dismiss for failure to join a party under Rule 19, First MOTION to Dismiss for Lack of Jurisdiction by Joseph M. Fusco, III. (JHF) (Entered: 10/20/2025) |

| | | |
|---|---|---|
| 10/29/2025 | 9 | AFFIRMATION in Opposition re 7 MOTION for Preliminary Injunction filed by Monroe County Clerk, Monroe County Sheriff, Monroe County, New York. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Nelson, Zachary) Modified on 10/30/2025 (JHF). (Entered: 10/29/2025) |
| 10/29/2025 | 10 | MEMORANDUM in Opposition re 7 MOTION for Preliminary Injunction filed by Monroe County Clerk, Monroe County Sheriff, Monroe County, New York. (Attachments: # 1 Certificate of Service for Memorandum of Law and accompanying Affidavit in Opposition to Motion)(Nelson, Zachary) (Entered: 10/29/2025) |
| 10/29/2025 | 11 | REPLY MEMORANDUM IN SUPPORT re 7 MOTION for Preliminary Injunction byJoseph M. Fusco, III. (JHF) (Entered: 10/29/2025) |
| 10/30/2025 | | E–Filing Notification: Clerk revised docket text of 9 to "AFFIRMATION in Opposition" to clarify the filing event. (JHF) (Entered: 10/30/2025) |
| 10/30/2025 | 12 | DECISION & ORDER denying as moot 3 Motion for TRO; granting 6 Motion to Dismiss; denying as moot 7 Motion for Preliminary Injunction; dismissing 1 Complaint with leave to amend within 30 days of the date of this Order as directed. If Plaintiff does not file an amended complaint as directed, the Clerk shall enter judgment in favor of Defendants and close this case without further order. Clerk directed to send plaintiff a of 12 Decision & Order, 1 Complaint, a blank Section 1983 complaint form and instructions for preparing an amended complaint. Signed by Hon. Meredith A. Vacca on 10/30/25. (JHF) (Entered: 10/30/2025) |
| 10/30/2025 | | Clerk mailed copy of 12 Decision & Order, 1 Complaint, a blank Section 1983 complaint form and instructions for preparing an amended complaint to plaintiff. (JHF) (Entered: 10/30/2025) |
| 11/12/2025 | 13 | AMENDED COMPLAINT against Monroe County, New York, filed by Joseph M. Fusco, III. (JHF) (Entered: 11/12/2025) |
| 11/17/2025 | 14 | MOTION for Preliminary Injunction by Joseph M. Fusco, III. (JHF) (Entered: 11/17/2025) |
| 11/20/2025 | 15 | First MOTION to Dismiss for Lack of Jurisdiction *Plaintiff's Amended Complaint* by Monroe County, New York. (Attachments: # 1 Affidavit, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Memorandum in Support, # 6 Certificate of Service)(Nelson, Zachary) (Entered: 11/20/2025) |
| 11/21/2025 | 16 | TEXT SCHEDULING ORDER. Plaintiff shall filed a response to Defendant's motion to dismiss 15 by December 22, 2025. Defendant may file a reply, if preserved, by January 5, 2026.<br><br>Defendant shall file a response to Plaintiff's motion for preliminary injunction 14 by December 17, 2025. Plaintiff may file a reply, if preserved, by January 3, 2026. SO ORDERED. Signed by Hon. Meredith A. Vacca on 11/21/25. (NWA)<br><br>This was mailed to: Plaintiff. (Entered: 11/21/2025) |
| 11/26/2025 | 17 | MEMORANDUM in Opposition re 15 First MOTION to Dismiss for Lack of Jurisdiction filed by Joseph M. Fusco, III. (JHF) (Entered: 11/26/2025) |
| 12/15/2025 | 18 | RESPONSE in Opposition re 14 MOTION for Preliminary Injunction *Memorandum of Law* filed by Monroe County, New York. (Attachments: # 1 Affidavit, # 2 Exhibit 1, # 3 Certificate of Service)(Nelson, Zachary) (Entered: 12/15/2025) |
| 12/19/2025 | 19 | TEXT ORDER DISMISSING ACTION. On October 30, 2025, the Court issued a Decision and Order granting Defendants' motion to dismiss for lack of subject matter jurisdiction and denying Plaintiff's requests for injunctive relief as moot. ECF No. 12. Although the Court found it "unlikely that Plaintiff [could] allege additional facts to state a valid claim, in light of his pro se status, the Court grant[ed] Plaintiff 30 days' leave to amend his complaint," but "only as directed." *Id.* at 11, 15. Plaintiff filed an amended complaint on November 12, and the remaining Defendant, Monroe County, filed a motion to dismiss on November 20. ECF Nos. 13, 15. Plaintiff filed a response on November 26. ECF No. 17. Plaintiff also filed a request for a preliminary injunction, ECF No. 14, to which Defendant objected, ECF No. 18. |

| | | |
|---|---|---|
| | | Defendant's motion to dismiss Plaintiff's amended complaint, ECF No. 15, is GRANTED. Setting aside that Plaintiff did not comply with the Court's October 30 Decision and Order in submitting his amended complaint, Plaintiff has raised no additional facts showing that this Court has subject matter jurisdiction over this action. For the reasons stated in the Court's October 30 Decision and Order, ECF No. 12, Plaintiff's case is plainly barred by the *Rooker–Feldman* doctrine and *Younger* abstention. Plaintiff's further attempts to reframe his requests for relief are unpersuasive and only highlight the principles supporting abstention in such matters. *See, e.g.*, ECF No. 13 at 4143, ECF No. 14 at 3032 (requesting, *inter alia*, that this Court order Monroe County to "[a]udit orders issued in the last 24 months...to identify instances were orders were accepted without corresponding verified motions," give notice to the affected parties stating that the order likely violates the U.S. Constitution and "may be voidable," adopt and publish a written policy requiring verification that motions exist before orders are "accepted" and docketed, implement a tracking system for the same, implement mandatory training "for accepting court orders," and to order Monroe County to file written reports with this Court demonstrating compliance with the above).<br><br>Dismissal is warranted under Fed. R. Civ. P. 12(b)(1) due to a lack of subject matter jurisdiction. Accordingly, Plaintiff's motion for a preliminary injunction, ECF No. 14, is DENIED AS MOOT. The Clerk of Court is directed to close this case. SO ORDERED. Signed by Hon. Meredith A. Vacca on 12/18/25. (NWA)<br><br>This was mailed to: Plaintiff.<br><br>Clerk to Follow up (Entered: 12/19/2025) |
| 12/22/2025 | 20 | JUDGMENT closing case. Signed by Mary C. Loewenguth, Clerk of Court on 12/22/25. (RE)<br><br>This was mailed to: Joseph M. Fusco, III. (Entered: 12/22/2025) |
| 12/22/2025 | 21 | MOTION for Reconsideration by Joseph M. Fusco, III.(RE) (Entered: 12/22/2025) |
| 12/23/2025 | 22 | NOTICE of Appearance by Adam M. Clark on behalf of All Defendants (Attachments: # 1 Certificate of Service)(Clark, Adam) (Entered: 12/23/2025) |
| 12/30/2025 | 23 | MOTION for Leave to Appeal in forma pauperis by Joseph M. Fusco, III.(TF) (Entered: 12/31/2025) |
| 12/30/2025 | 24 | NOTICE OF APPEAL as to 19 Order and 20 Judgment by Joseph M. Fusco, III. (TF) (Entered: 12/31/2025) |
| 01/06/2026 | 25 | CLERK'S CERTIFICATE/INDEX filed and electronically sent to Court of Appeals. (JHF) (Entered: 01/06/2026) |
| 01/13/2026 | 26 | NOTICE of Change of Address by Joseph M. Fusco, III. Plaintiff's address changed to: Joseph M. Fusco, III, 1 South Clinton Avenue, Apt. 1713, Rochester, NY 14604. (JHF) (Entered: 01/13/2026) |
| 01/22/2026 | 27 | NOTICE of Withdrawal of Attorney: Zachary Nelson no longer appearing for Defendants Monroe County Clerk, Monroe County Sheriff, Monroe County, New York.<br><br>CLERK TO FOLLOW UP.<br><br>(Clark, Adam) (Entered: 01/22/2026) |