United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**  
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**  
**CLERK OF COURT**

### Distribution of Instructions & Forms for Pro Se Parties in Mandamus Cases

_X_  Acknowledgment and Notice of Appearance  
_X_  Docketing Notice  
_X_  Docket Report  
_X_  How to Appeal as a Pro Se Party  
_X_  T-1080 Form  
_X_  Financial Affidavit  
_X_  Local Rule 24.1 Statement  
_X_  Certificate of Service  
_X_  Format Motion  
_X_  Form 6 Certificate of compliance  
___  Form 7 Declaration of Inmate Filing (only if detained/incarcerated)