# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): **26-199**

Caption [use short title]

Motion for: **Motion to Proceed In Forma Pauperis and Motion to Cure Nunc Pro Tunc pursuant to FRAP 26(b)**

Set forth below precise, complete statement of relief sought:

Petitioner moves for leave to proceed in forma pauperis. Petitioner is unable to pay the costs of this proceeding. This motion is supported by the attached Financial Affidavit (FRAP Form 4). Petitioner also moves to file nunc pro tunc per FRAP 26(b). Good cause exists (see letter-motion).

## In re Joseph M. Fusco III

RECEIVED [stamp]

MOVING PARTY: **Joseph M. Fusco III**  OPPOSING PARTY: **Monroe County, New York, et al.**

[ ] Plaintiff  [ ] Defendant
[✓] Appellant/Petitioner  [✓] Appellee/Respondent

MOVING ATTORNEY: **Joseph M. Fusco III, pro se**  OPPOSING ATTORNEY: **Adam M. Clark, Esq.**

[name of attorney, with firm, address, phone number and e-mail]

1 South Clinton Ave, APT 1713 | 39 West Main Street
Rochester, New York 14604 | Rochester, New York 14614
(585) 317-1707   hello@josephfus.co | (585) 753-1374   adamclark@monroecounty.gov

Court- Judge/ Agency appealed from: **W.D.N.Y. - Hon. Meredith A. Vacca**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✓] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  [ ] Yes  [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✓] No  If yes, enter date: _____

Signature of Moving Attorney: _____  Date: **2/24/2026**  Service by: [ ] CM/ECF  [✓] Other [Attach proof of service]

Form T-1080 (rev.12-13)

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

February 24, 2026

    Re:    *In re Joseph M. Fusco III,* Docket No. 26-199

    SUBJECT:    MOTION TO CURE DEFECTIVE IFP FILING *NUNC PRO TUNC*

Dear Ms. Wolfe:

    This letter-motion is submitted to cure the defects identified in the Court's January 30, 2026 Notice of Defective Filing (Docket Entry 7). I am the *pro se* Petitioner.

1. Motion to Cure *Nunc Pro Tunc* (FRAP 26(b)) Petitioner moves to file the Form T-1080 and Financial Affidavit (FRAP Form 4) *nunc pro tunc*. Good cause exists under FRAP 26(b). Petitioner is *pro se* and was simultaneously curing a parallel defect in related appeal No. 25-3257, which this court granted on February 18, 2026 (Docket Entry 19). The delay is four days. No briefing schedule is in effect. No party is prejudiced.

    Respectfully submitted,

    Joseph M. Fusco III
    1 South Clinton Ave, APT 1713
    Rochester, NY 14604
    (585) 317-1707
    hello@josephfus.co

*Enclosures: (1) Form T-1080; (2) Financial Affidavit (FRAP Form 4)*

# AFFIDAVIT ACCOMPANYING MOTION
# FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

Joseph M. Fusco III

District Court No. 6:25-cv-06505-MAV
Appeal No. 26-199

v.

Monroe County, New York, et al.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: *[signature]* | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: February 24, 2026 |

My issues on appeal are:

Whether the district court violated due process by dismissing this action sixteen days before Petitioner's reply deadline.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |

1

see bankruptcy schedules 2-25-20363-CLB W.D.N.Y.

*see bankruptcy schedules 2-25-20363-CLB W.D.N.Y.*

| | | | | |
|---|---|---|---|---|
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): | $ | $ | $ | $ |
| **Total monthly income:** | $0 | $0 | $0 | $0 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $_____

   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | Other real estate | Motor vehicle #1 | |
|---|---|---|---|
| (Value) $ | (Value) $ | (Value) $ | |
| | | Make and year: | |
| | | Model: | |
| | | Registration #: | |

2

*See bankruptcy schedules   2-25-20363-CLB W.D.N.Y.*

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| D.F. | Daughter | 12 |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>   Are real estate taxes included?   [ ] Yes   [ ] No<br>   Is property insurance included?   [ ] Yes   [ ] No | $ | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments)<br>   Homeowner's or renters: | $ | $ |
|    Life: | $ | $ |
|    Health: | $ | $ |
|    Motor vehicle: | $ | $ |
|    Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |

3

*See bankruptcy schedules*   2-25-20363-CLB  W.D.N.Y

| | | |
|---|---|---|
| Installment payments | | |
|    Motor vehicle: | $ | $ |
|    Credit card (name): | $ | $ |
|    Department store (name): | $ | $ |
|    Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
| **Total monthly expenses:** | $ 0 | $ 0 |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   [ ] Yes    [✔] No    If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?*

    [ ] Yes    [✔] No    If yes, how much? _____

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*
    Petitioner received a Chapter 7 discharge on February 13, 2026 (Case No. 25-20363-CLB, W.D.N.Y.). Monthly net income is $38.00. See attached discharge order.

12. *State the city and state of your legal residence:* Rochester, New York
    *Your daytime phone number:* (585) 317-1707
    *Your age:* 36    *Your years of schooling:* 16
    *Last four digits of your social-security number:* 4483

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Joseph M. Fusco III <br> First Name   Middle Name   Last Name | Social Security number or ITIN xxx-xx-4483 |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court   Western District of New York | | |
| Case number:   2-25-20363-CLB | | |

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph M. Fusco III

February 13, 2026          By the court:   Carl L. Bucki
                                            United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

---

Official Form 318          **Order of Discharge**          page 1

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

In re JOSEPH M. FUSCO III,  26-199
  CERTIFICATE OF SERVICE
    *Petitioner.*

I hereby certify that on February 24, 2026, I served a copy of the Letter-Motion to Cure Defective IFP Filing *Nunc Pro Tunc* and Form T-1080, by USPS Certified Mail, on counsel for Monroe County:

    Adam M. Clark, Esq.    9589 0710 5270 3280 3736 70
    Monroe County Department of Law
    39 West Main Street
    Rochester, NY 14614

I further certify that on February 24, 2026, I served a copy on the trial court judge by USPS Certified Mail, as required by FRAP 21(a)(1):

    Hon. Meredith A. Vacca    9589 0710 5270 3280 3739 15
    United States District Court W.D.N.Y.
    100 State Street
    Rochester, NY 14614

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2026
    Rochester, New York

*/s/ Joseph M. Fusco III*

Joseph M. Fusco III
1 South Clinton Ave, Apt 1713
Rochester, New York, 14604
Telephone: (585) 317-1707
Email: hello@josephfus.co



Clerk of Court, 2nd Circuit
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 10007

DO NOT BEND

26-199

Scotch PHOTO/DOCUMENT MAILER