MANDATE

W.D.N.Y.
25-cv-6505
Vacca, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of July, two thousand twenty-six.

Present:
Eunice C. Lee,
Beth Robinson,
Myrna Pérez,
*Circuit Judges*.

---

In Re: Joseph M. Fusco, III,
*Petitioner*,
**********************

Joseph M. Fusco, III,
*Petitioner*,

v. 26-199

Monroe County, New York, et al.,

*Respondents*.

---

Petitioner, proceeding pro se, has filed a petition for a writ of mandamus and moves for leave to proceed in forma pauperis ("IFP").

Upon due consideration, it is hereby ORDERED that the IFP motion is GRANTED nunc pro tunc for the purpose of filing the mandamus petition. *See* Fed. R. App. P. 26(b). It is further ORDERED that the mandamus petition is DENIED as moot since the district court has issued the ruling sought by Petitioner. *See Barrett v. United States*, 105 F.3d 793, 794 (2d Cir. 1996) (per curiam); Order Denying Motion for Reconsideration, *Fusco v. Monroe Cnty., N.Y. et al.*, No. 6:25-cv-06505 (W.D.N.Y. Mar. 25, 2026), Dkt. No. 28 at 6 ("Plaintiff's motion for reconsideration is therefore denied.").

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

MANDATE ISSUED ON 08/18/2026